33013

E-FILED
Friday, 07 January, 2005  01:34:36 PM
Clerk, U.S. District Court, ILCD

PARTICIPATION AGREEMENT
IN THE
NECA-IBEW WELFARE TRUST FUND
(For the Non-Bargaining Employees)

THIS AGREEMENT, entered into this  1ST.  day of  MARCH  , 19 91 , effective as of   3-1    19 91 , by and between  MELTON ELECTRIC CO. INC.  , a ( X ) Corporation, (    ) Partnership, (    ) Proprietorship, (    ) Union Office, (    ) Joint Apprenticeship Training Committee, (    ) Other _____, (hereinafter called "Employer") and the Trustees of the NECA-IBEW Welfare Trust Fund (Hereinafter called the "Trustees").

W I T N E S S E T H:

WHEREAS, by virtue of the authority granted in ARTICLE I, Section 4 of the Agreement and Declaration of Trust, as amended, establishing the NECA-IBEW WELFARE TRUST FUND (hereinafter called the "Welfare Trust Fund"), the Trustees have accepted the Employer as an Employer under ARTICLE I, Section 1(c) of the Trust Agreement; and those employees of the employer who work for the employer for 20 or more hours per week, other than those employees covered by a Collective Bargaining Agreement with a "Union" (hereinafter referred to as Employees) as "Eligible Employees" under ARTICLE I, Section 1(d) of the Trust Agreement;

NOW, THEREFORE, for and in consideration of the promises and of the mutual covenants herein contained, the Employer and the Trustees hereby agree as follows:

1.  By execution of this Participation Agreement the Employer adopts and agrees to be bound by all of the terms and provisions of the Trust Agreement, as amended from time to time.

2.  By execution of the Participation Agreement by the Trustees, the trustees accept the Employer for Participation in the Fund as an Employer pursuant to the authority vested in the Trustees by the Trust Agreement.

3.  By execution of this Participation Agreement the Employer accepts the Employer Trustees as its representatives.

4.  The Trust Agreement and the Plan adopted by the Trustees, as in effect from time to time, fully apply to the Employer with the imposition of any additional terms or conditions, provided, however, the obligations of the Employer to make contributions as to the Fund shall commence as indicated in paragraph 5 hereof.

5.  Commencing on the effective date of this Agreement, the Employer shall pay to the Trustees at the same hourly rate of contribution as is required to be paid per hour by other Participating Employers in the wage area times 160 hours per month for each employee who is reported as a non-bargaining employee. All contributions shall be due and payable

NECA - IBEW

FEB 2 5 1991

EXHIBIT
B

at the Fund Office on or before the 15th day of each month, following the month in which the work determining the contributions was performed.

      6. Nothing herein shall limit the right of the Trustees to terminate the Employer under the Fund on account of failure to make contributions or as otherwise provided in the Trust Agreement and Plan. Nothing herein shall limit the right of the employer to terminate his participation in the Welfare Trust Fund.

      7. This participation Agreement shall not become effective until a fully executed copy has been filed with the Fund Office.

      IN WITNESS WHEREOF, the Employer has caused this Agreement to be executed on its behalf and the Trustees of the Fund have caused this Agreement to be executed on their behalf this 1ST day of MARCH, 1991.

      This Agreement supercedes all previous Agreements between the Employer and the Trustees.

MELTON ELECTRIC CO., INC.
Employer

By: _[signature]_ PRESIDENT
Signature & Title

Trustees of Neca-Ibew Welfare Trust Fund

By: _____

Below are listed the Social Security numbers and names of all of the non-bargaining employees of this company who are to be covered by the Neca-Ibew Welfare Trust Fund. When there are any additions or changes in this list, we will notify the Fund Office.

| Social Security Numbers | Employee Name |
| --- | --- |
| 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 | Robert Adams, Sr. |
| 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 | Robert Adams, Jr. |
| 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 | Don Blahnik |
| 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 | Dawn Casey |
| 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 | Robin Dearing |
| 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 | Kathy Dickinson |
| 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 | Jean Glenn |
| 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 | Shirley Melton |
| 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 | Charles Melton, II |
| 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 | Glenn Ross |
| 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 | David Schneider |
| 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 | Jim Spears |
| 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 | Marilyn Stewart |
| 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 | Tim Swearingen |
| 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 | Jason Wolland |

FEB 25 1991