E-FILED
Friday, 07 January, 2005 01:37:16 PM
Clerk, U.S. District Court, ILCD




225 North Water Street, Suite 400
P.O. Box 1580
Decatur, IL 62525-1580
217 429-2411   Fax 217 429-6109

bkd.com

# Independent Accountants' Report
## on Application of Agreed-Upon Procedures

Board of Trustees
NECA-IBEW Welfare Trust Fund

We have performed the procedures enumerated below, which were agreed to by NECA-IBEW Welfare Trust Fund (Fund) and Melton Electric Company (Company), a contributing employer to the Fund, solely to assist you in determining if contributions from the Company to the Fund were made in accordance with collective bargaining agreements in effect and the Trust agreement of the Fund for the period May 1, 2002 to May 31, 2004. The management of NECA-IBEW Welfare Trust Fund is responsible for its aforementioned financial statement elements, accounts and items and internal control over financial reporting. This agreed-upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

The following represents the agreed-upon procedures performed and the results of those procedures:

- On a monthly basis, from May 2002 through December 2003, for all of the Company's employees, the total hours worked for the month per the payroll register were agreed to the monthly payroll report submitted to the Fund by the Company.

- On a monthly basis, from May 2002 through December 2003, for all of the Company's employees, we recomputed the amount contributed by the Company per the monthly payroll report to determine if amounts paid to the Fund were in agreement with the collective bargaining agreement and Trust agreement in effect.

Solutions for Success

Exceptions noted during the performance of the above procedures are summarized in the attached schedule.

The following procedures were performed in order to place reliance on the Company's payroll records:

- Footed the 2003 payroll register for five employees and agreed to their respective W-2 forms.



EXHIBIT D

A member of
Moores Rowland
International

- For the months of June 2002, January 2003, and December 2003 traced all bargaining and non-bargaining employees, as listed in the Company's payroll register, to the monthly contribution report.

- Totaled the payroll register of the Company for the quarters ended September 30, 2002, June 30, 2003 and March 31, 2004 and agreed to Federal Form 941.

- Totaled the 2003 payroll register of the Company and agreed to Form W-3.

- Agreed five employees' payroll hours from the payroll register to the employees' time card for one week per employee.

We were not engaged to, and did not, conduct an examination, the objective of which would be the expression of an opinion on the specified elements, accounts, and items and internal control over financial reporting described above. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the specified parties listed above and is not intended to be and should not be used by anyone other than these specified parties.

*BKD, LLP*

July 2, 2004

# NECA-IBEW Welfare Trust Fund
## Contribution Deficiencies

| Employee | 5/1/02 to 12/31/02 | 1/1/03 to 12/31/03 | 1/1/04 to 5/31/04 | Totals |
|---|---|---|---|---|
| **Bargaining** | | | | |
| Gary Doerr | $ 228 | $ 389 | $ 3,672 | $ 4,289 |
| David Doerr | 121 | 286 | 3,719 | 4,126 |
| Robert C. Doerr | 245 | 261 | 3,662 | 4,168 |
| Steve A. Rager | (23) | 203 | 3,395 | 3,575 |
| Robert Doerr IV | 12 | 297 | 3,763 | 4,072 |
| Rick Sherman | (11) | 389 | 3,618 | 3,996 |
| Larry Williams | 191 | 324 | 3,274 | 3,789 |
| **Non-Bargaining** | | | | |
| Jeanie Glenn | — | — | 3,720 | 3,720 |
| James Spears | — | — | 3,720 | 3,720 |
| Robert Adams, Jr. | — | — | 3,720 | 3,720 |
| Total Deficiency | 763 | 2,149 | 36,263 | 39,175 |
| Total Penalty | 21 | 153 | 707 | 881 |
| **Total Deficiency and Penalty** | $ 784 | $ 2,302 | $ 36,970 | $ 40,056 |

Note: No monthly contribution reports have been submitted to the Fund office for the period January 2004 to May 2004.