# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara

James P. Moody
Daniel M. McLaughlin*
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
TeleFax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

December 8, 2004

**FIRST AND FINAL NOTICE**

**Via Certified Mail**
Melton Electric Co.
**Attn: Robert Adams**
5900 Washington
Bartonville, IL    61607

Re:    *NECA-IBEW Welfare and Pension Trust Funds*
       *Audit Liability and Delinquent Contributions Due*

Dear Mr. Adams:

As you are aware, this office represents the NECA-IBEW Welfare and Pension Trust Funds ("Funds"). The administrators of the Funds have indicated that your company has failed to submit the following:

1. Payment for audit liabilities due for the period from May 1, 2002 through May 31, 2004, in the amount of $4,891.00, which amount has been reduced for contributions received for January through May 2004;
2. Penalties and interest for the period of September 2002 through May 2004 to the Welfare Fund in the amount of $13,563.89;
3. Penalties and interest for the period of September 2002 through April 2004 to the Pension Fund in the amount of $11,243.60; and
4. Monthly contribution forms and payments for the months from June through October 2004 for both Funds.

**Please contact this office *on or before* Wednesday, December 15, 2004, as to how you intend to remit payment of these delinquencies.** Please be advised, this will be the last letter to you prior to our filing formal legal proceedings in order to collect the same. Such action may result in additional costs to you including assessment of our attorney's fees in collecting same.

Yours truly,

*James P. Moody /R*
James P. Moody

cc:   NECA-IBEW Welfare and Pension Trust Fund/ Robin Hamilton
      Melton Electric Co., via regular mail

JPM/rd
F:\files\NECA-IBE\DELIQ\Melton Electric Co\L-First&Final.ALD.DEL.wpd

**EXHIBIT E**