**E-FILED**
Friday, 07 January, 2005 01:38:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND,<br>and NECA-IBEW PENSION TRUST FUND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. |
| MELTON ELECTRIC CO., | ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following

itemization accurately represents the time and costs expended by this firm in this cause:

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 11/14/03 | Letter to Melton Electric Company, Inc., regarding delinquent contribution forms and payment for same for May 2003 through September 2003. | 0.50 |
| 01/06/04 | Final letter to employer regarding delinquent contribution forms and payment for same for May 2003 through September 2003. | 0.50 |
| 02/18/04 | Transmittal of correspondence to Robin Hamilton of Fund Office verifying amounts due; research corporate information. | 0.30 |
| 02/20/04 | Received and reviewed correspondence from Robin Hamilton of Fund Office regarding period employer is delinquent and penalties and interest due; review file. | 0.15 |
| 02/20/04 | Telephone conference with Robin Hamilton of Fund Office regarding possible audit of employer; Discussion regarding handling instructions; Forward demand letter to employer regarding delinquent contributions and penalties and interest due. | 0.60 |
| 02/25/04 | Review file; Received and reviewed correspondence from Robin Hamilton of Fund Office regarding contribution report forms received; Addition of employer to status reports. | 0.75 |



EXHIBIT

| | | |
|---|---|---|
| 03/09/04 | Draft Complaint, Affidavit in Support of Attorneys Fees, Certificate of Interest, Civil Cover Sheet and Summons; Assembly of Exhibits; Telephone conference with Peoria County Sheriff regarding fee for service of Summons and Complaint. | 2.50 |
| 03/15/04 | Review file; Preparation of Four Count Complaint for delinquent penalties and interest and payroll compliance audit; Preparation of final Summons, Certificate of Interest, Civil Cover Sheet and Summons; Finalize Complaint; Letter to U.S. District Court, Urbana Division, regarding filing of same. | 3.00 |
| 03/18/04 | Receipt and review of file-stamped Complaint; Letter to Peoria County Sheriff regarding service of same. | 0.50 |
| 04/01/04 | Received and reviewed Proof of Service of Summons on Registered Agent for employer; Letter to U.S. District Court, Urbana Division, regarding filing of same; Answer due April 21, 2004. | 0.50 |
| 04/05/04 | Received and reviewed file stamped Proof of Service of Summons. | 0.10 |
| 04/21/04 | Review file; Preparation of Default Judgment pleadings; Preparation of Amended Affidavit in Support of Attorney Fees; Finalize all pleadings; Letter to U.S. District Court regarding filing of same; Forward copy of same to Defendant's Registered Agent, who was served with the Complaint. | 2.00 |
| 04/30/04 | Received and reviewed file stamped Default Judgment pleadings. | 0.10 |
| 05/06/04 | Received and reviewed Order entered May 4, 2004, by the Honorable Judge McCuskey regarding granting of Request for Default and scheduling a hearing with respect to Motion for Default Judgment. | 0.25 |
| 06/01/04 | Prepare for hearing on Motion for Default Judgment; Travel to and return from Urbana; Attend hearing on Motion for Default Judgment. | 2.50 |
| 06/03/04 | Telephone conference with Robin Hamilton regarding request for breakdown of penalties and interest due the Fund; Discussion regarding Affidavit. | 0.30 |
| | Receipt and review minute entry from the Honorable Judge McCuskey regarding Affidavit with regard to amounts due. | 0.10 |
| 06/07/04 | Received and reviewed breakdown of penalties and interest due; Begin preparation of Affidavit for Robin Hamilton's signature. | 1.00 |
| 06/23/04 | Telephone conference with Robin Hamilton regarding receipt of December Health & Welfare Fund contributions and report forms. | 0.10 |

| | | |
|---|---|---|
| 08/03/04 | Review file; Telephone conference with Robin Hamilton regarding status of compliance with audit by employer. | 0.20 |
| 08/06/04 | Telephone conference with Robin Hamilton; Employer has complied with audit; Awaiting results; Preparation of Notice of Voluntary Dismissal Without Prejudice; Letter to U.S. District Court, Urbana Division, regarding filing of same; Forward copy of same to Defendant's Registered Agent and President. | 1.50 |
| 08/11/04 | Receipt and review of docket entry regarding dismissal of case. | 0.10 |
| 08/17/04 | Telephone conference with Robin Hamilton regarding audit results forthcoming; Discussion regarding additional penalties and interest. | 0.10 |
| 08/23/04 | Receipt and review of audit results; Telephone conference with Mike Everett regarding audit results and potential payment plan. | 0.75 |
| | Preparation of draft 2- and 3-year payment plans for delinquent contributions and penalties and interest due the Funds. | 1.50 |
| | Letter to employer regarding possible payment plans. | 0.75 |
| 09/21/04 | Telephone conference with Mike Everett of Local Union; Left message for Robert Adams, President of employer. | 0.10 |
| 10/20/04 | Received and reviewed correspondence from Robin Hamilton regarding status within Fund Office. | 0.20 |
| 12/08/04 | Received and reviewed correspondence from Robin Hamilton regarding lack of payment toward audit liabilities and additional delinquencies; Review file; Telephone conference with Robin Hamilton regarding same; Preparation of first and final demand letter to employer regarding audit liabilities and delinquencies; Begin preparation of draft Complaint for audit liabilities, penalties and interest, and delinquencies; Preparation of Affidavit in Support of Attorney Fees. | 3.00 |
| 12/20/04 | Review of six-count Complaint. | 1.00 |
| | Revise six-count Complaint for audit liabilities, penalties and interest, and delinquent contributions. | 0.50 |
| 12/21/04 | Telephone conference with Robin Hamilton requesting copy of signature page and agreement. | 0.10 |
| 12/28/04 | Additional revisions to Complaint and Affidavit in Support of Attorney Fees. | 1.00 |

| | | |
|---|---|---:|
| 01/05/05 | Finalize Complaint and Affidavit in Support of Attorney Fees; Preparation of Summons, Civil Cover Sheet and Certificate of Interest; Transmittal of full Complaint to U.S. District Court, Urbana Division, via e-mail for opening of new case; Letter to U.S. District Court, Urbana Division, enclosing payment. | 1.00 |

TOTAL HOURS 27.55 x $175.00 PER HOUR          $4,821.25

| | | |
|---|---|---:|
| 03/15/04 | U.S. District Court - Filing Fee | $150.00 |
| 03/18/04 | Peoria County Sheriff - Service Fee | 20.83 |
| 06/01/04 | Mileage to and from Urbana for hearing on Motion for Default Judgment for Complaint to Compel and audit. | 65.25 |
| 01/05/05 | U.S. District Court - Filing Fee | 150.00 |
| 01/05/05 | Peoria County Sheriff - Service Fee | 20.83 |

**TOTAL AMOUNT DUE**                    **$5,228.16**

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me on this _5th_ day of January, 2005.

OFFICIAL SEAL
**RITA DOLACK**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-8-2006

_____
NOTARY PUBLIC

F:\files\NECA-IBE\DELIQ\Melton Electric Co\A-Melton.Fee.wpd