* * * * * * * * * * * * * * * * * *

TRUST

AGREEMENT

* * * * * * * * * * * * * * * * * *

Adopted March 14, 1972
As Amended
February 19, 1981

NECA-IBEW PENSION TRUST FUND



EXHIBIT
G

SECTION 2. EFFECTIVE DATE OF CONTRIBUTIONS. All contributions shall be made effective as required by the aforementioned Agreement, and shall continue to be paid as long as the Employer is obligated under said Agreement or until he ceases to be an Employer within the meaning of this Agreement and Declaration of Trust as hereinafter provided.

SECTION 3. MODE OF PAYMENT. All contributions shall be payable to the NECA-IBEW Pension Trust Fund and shall be paid in the manner and form determined by the Trustees.

SECTION 4. DEFAULT IN PAYMENT. Non-payment by an Employer of any contributions when due shall not relieve any other Employer of his obligation to make payments. In addition to any other remedies to which the parties may be entitled, an Employer in default for ten working days may be required at the discretion of the Trustees to pay such reasonable rate of interest as the Trustees may fix on the monies due to the Trustees from the date when the payment was due to the date when payment is made, together with all expenses of collection incurred by the Trustees. The Trustees may take any action necessar- to enforce payment of the contributions due hereunder, including, but not limited to, proceedings at law and in equity.

SECTION 5. REPORT ON CONTRIBUTIONS. The Employers shall make all reports on contributions required by the Trustees. The Trustees may at any time have an audit made by independent certified public accountants of the payroll and wage records of any Employer in connection with the said contributions and/or reports.

SECTION 2. EFFECTIVE DATE OF CONTRIBUTIONS. All contributions shall be made effective as required by the aforementioned Agreement, and shall continue to be paid as long as the Employer is obligated under said Agreement or until he ceases to be an Employer within the meaning of this Agreement and Declaration of Trust as hereinafter provided.

SECTION 3. MODE OF PAYMENT. All contributions shall be payable to the NECA-IBEW Pension Trust Fund and shall be paid in the manner and form determined by the Trustees.

SECTION 4. DEFAULT IN PAYMENT. Non-payment by an Employer of any contributions when due shall not relieve any other Employer of his obligation to make payments. In addition to any other remedies to which the parties may be entitled, an Employer in default for ten working days may be required at the discretion of the Trustees to pay such reasonable rate of interest as the Trustees may fix on the monies due to the Trustees from the date when the payment was due to the date when payment is made, together with all expenses of collection incurred by the Trustees. The Trustees may take any action necessar- to enforce payment of the contributions due hereunder, including, but not limited to, proceedings at law and in equity.

SECTION 5. REPORT ON CONTRIBUTIONS. The Employers shall make all reports on contributions required by the Trustees. The Trustees may at any time have an audit made by independent certified public accountants of the payroll and wage records of any Employer in connection with the said contributions and/or reports.

there is a five year vesting for non bargaining as the law requires. Mr. Gruenberg suggested that the Trustees wait to see what these rules are going to be before making changes.

Mr. Gruenberg discussed the Domestic Relations Orders and the requirements of the Fund when such an order is received.

Mr. Gruenberg was requested to review the Trust in regard to the new IBEW mandate that excludes unindentured and first year apprentices from pension contributions. Mr. Gruenberg referred to the Trust Agreement and what the Trust Indenture states as far as participants. He stated the question he had been asked is there some discrimination as far as the Pension Fund if the employer does not make contributions on behalf of unindentured or first year apprentices. He stated there is no conflict in the Trust Agreement. He stated the collective bargaining agreement has to specify for whom contributions will be made.

    A motion was made, seconded and unanimously carried to accept the report of the attorney.

Recess 9:40 A.M.

Meeting called to order again at 9:47 A.M.

AUDITOR'S REPORT

Mr. Schrank distributed the Annual Audit Report for the year ended May 31, 1987 to the Trustees. He reviewed the report in detail with the Trustees.

    A motion was made, seconded and unanimously carried to accept the report of the auditor.

OTHER BUSINESS

There was discussion on having a written delinquency procedure. Mr. Gruenberg stated that if suit is instituted, the Fund or Union must have some instrument to back up its claim. He stated that would best be taken care of by amending the Plan to specifically provide for a provision that specifies that the Plan may recover from a delinquency certain penalties, audit fees, attorney fees, etc. Mr. Gruenberg suggested that the Trustees adopt a clause to put into the Plan. He stated the Trustees would need to determine the amount. He stated he would then draft the clause. Mr. Gruenberg suggested that there be a $50.00 penalty for failure to file timely report by 15th day of the month and a 20% penalty of the amount of the total monthly contribution due for each untimely contribution payment. Also, payment of all audit costs in order to ascertain correct amount, all costs of litigation, including attorney fees which shall not be less than one third of the judgment amount, all costs of collection, audit fees and delinquency penalties.

    A motion was made, seconded and carried to accept this suggested language. 1 no vote

Mr. Black stated there had been some discussion on where we have our money invested. He stated if there is a problem with companies, we can instruct the money managers to sell that stock. Mr. Pair stated that the money managers will be appearing before the full Board of Trustees sometime in 1988. Mr. Black felt there needs to be a procedure before we tell them to sell.