2:05-cv-02004-MPM-DGB   # 2   Page 1 of 1
AO 440 (Rev. 10/93) Summons in a Civil Action
E-FILED
Friday, 07 January, 2005 01:44:14 PM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,

        Plaintiffs,

V.

MELTON ELECTRIC CO.,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-2004**

TO: (Name and address of defendant)

Robert J. Adams, President - PERSONAL SERVICE ONLY
Melton Electric Co.
5900 Washington
Bartonville, IL 61607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams
Post Office Box 5043
Springfield, IL 62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE 1/7/05

s/V. Ball
(BY) DEPUTY CLERK