E-FILED
Friday, 07 January, 2005  01:47:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NECA-IBEW WELFARE TRUST FUND, and NECA-IBEW PENSION TRUST FUND, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. ) |
| MELTON ELECTRIC CO., | ) ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for the Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, furnished the following in compliance with Local Rule 11.3 of this Court.

(a) NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
Daniel M. McLaughlin
John T. Long

DATED this 5th day of January, 2005.

By: _____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com