AO 440 (Rev. 10/93) Summons in a Civil Action

**E-FILED**
Thursday, 24 February, 2005 10:57:20 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,

    Plaintiffs,

V.

MELTON ELECTRIC CO.,

    Defendant.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-2004

TO: (Name and address of defendant)

    Mr. Bob Adams, President -- PERSONAL SERVICE ONLY
    5900 South Washington Street
    Peoria, IL 61607
    Phone: (309) 697-1422
    Mobile: (309) 657-4065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    Post Office Box 5043
    Springfield, IL 62705
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

2/24/05
DATE

s/V. Ball
(BY) DEPUTY CLERK