# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,

    Plaintiffs,

V.

MELTON ELECTRIC CO.,

    Defendant.

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-2004**

TO: (Name and address of defendant)
Mr. Bob Adams, President -- PERSONAL SERVICE ONLY
5900 South Washington Street
Peoria, IL  61607
Phone: (309) 697-1422
Mobile: (309) 657-4065

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL  62705
(217) 544-1771

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____    2/24/05
CLERK                                DATE

_____
(BY) DEPUTY CLERK



# COUNTY OF PEORIA • OFFICE OF THE SHERIFF

## Michael D. McCoy

| 324 MAIN STREET | ROOM B-20 | PEORIA COUNTY COURTHOUSE | PEORIA, ILLINOIS 61602-1374 | (309)672-6040 |

### CORPORATION
### RETURN OF SERVICE

STATE OF ILLINOIS - COUNTY OF PEORIA     CASE # 05-00-02004    0502137

I HAVE THIS 16TH DAY OF MARCH    , 2005, SERVED/EXECUTED THE WITHIN COURT DOCUMENTS THEREOF WITH ANY ATTACHED SUMMONS, COMPLAINT, JUDGEMENT, AND/OR PETITION UPON ADAMS, BOB          AND BOB ADAMS
REGISTERED AGENT, OFFICER, OR AGENT OF THE CORPORATION.

PERSON SERVED  : SEX M  RACE W  AGE 050  TIME 11:20:AM  DATE 03/16/2005
PLACE OF SERVICE: 5900   S  WASHINGTON ST      PEORIA     , IL 61607
SERVICE FEE DUE : $20.83
MICHAEL D. MC COY        BY:   0448       REEL, PATRICK
SHERIFF OF PEORIA COUNTY

OFFICER : _____

SENT COPY: _____

### SERVICE HISTORY

03/17/2005 02:24 PM 0448 CORPORATION SERVED - REG AGENT
       *SERVICE COMPLETE*