IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NECA-IBEW WELFARE TRUST FUND, and NECA-IBEW PENSION TRUST FUND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 05-2004 |
| MELTON ELECTRIC CO., | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME Plaintiffs, NECA-IBEW WELFARE TRUST FUND and NECA-IBEW PENSION TRUST FUND, by and through its attorneys, Cavanagh & O'Hara, and pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, file this Notice of Voluntary Dismissal Without Prejudice and in support thereof states as follows:

1. On January 7, 2005, Plaintiffs filed its Complaint against the Defendant requesting payment for audit liabilities, liquidated damages and interest, and additional delinquencies.

2. That Defendant was served with such Summons and Complaint on March 16, 2005.

3. That Defendant has not filed an answer or otherwise filed a pleading in this cause.

4. That Defendant has entered into a Settlement Agreement to remit payment for said audit liabilities, liquidated damages and interest, and additional delinquencies. A copy of the Settlement Agreement is attached hereto as **Exhibit A**.

5. That this matter has not been dismissed in any court of the United States or of any state.

WHEREFORE, Plaintiffs herewith file this Notice of Voluntary Dismissal Without

1

Prejudice.

                    NECA-IBEW WELFARE TRUST FUND and
                    NECA-IBEW PENSION TRUST FUND,
                    Plaintiffs,

            By:   s/ James P. Moody
                  JAMES P. MOODY
                  **CAVANAGH & O'HARA**
                  407 East Adams Street
                  Post Office Box 5043
                  Springfield, IL 62705
                  Telephone: (217) 544-1771
                  Fax: (217) 544-9894
                  jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 13th day of July, 2005:

                Mr. Bob Adams, President
                Melton Electric Co.
                5900 South Washington Street
                Peoria, IL 61607

and that the original was filed with the Clerk of the Court in which said cause is pending.

            By:   s/ James P. Moody
                  JAMES P. MOODY
                  **CAVANAGH & O'HARA**
                  407 East Adams Street
                  Post Office Box 5043
                  Springfield, IL 62705
                  Telephone: (217) 544-1771
                  Fax: (217) 544-9894
                  jim@cavanagh-ohara.com