E-FILED
Wednesday, 13 July, 2005 01:08:38 PM
Clerk, U.S. District Court, ILCD
ORIGINAL DOCUMENT
DO NOT REMOVE

## SETTLEMENT AGREEMENT

It is hereby agreed by and between NECA-IBEW WELFARE TRUST FUND and NECA-IBEW

PENSION FUND, hereinafter referred to as "NECA-IBEW", and MELTON ELECTRIC COMPANY,

hereinafter referred to as "MELTON", to enter into a Settlement Agreement with respect to the

delinquent contributions, liquidated damages and interest owed to NECA-IBEW by MELTON.

**WITNESSETH:**

1.      MELTON submitted monthly contribution reporting forms for the period of ~~November~~ *December*

2004 through March 2005. Said contribution reporting forms revealed a total of $40,479.28 due and

owing NECA-IBEW. In addition, $5,228.16 is owed for attorney's fees, resulting in a total amount due

of $45,707.44.

3.      MELTON agrees to make monthly payments to NECA-IBEW to retire the balance of

$45,707.44 representing the delinquent contributions and attorney's fees. A schedule of these payments

is attached hereto and made a part hereof as **Exhibit A**.

4.      <u>The above payments are to be made by</u> ***cashier's check or money order*** <u>payable to</u>

<u>NECA-IBEW FRINGE BENEFIT FUNDS</u>. Payments are to be mailed to the offices of Cavanagh &

O'Hara, 407 East Adams, P.O. Box 5043, Springfield, Illinois 62705.

5.      It is agreed between the parties that if MELTON complies with NECA-IBEW in full with

this Settlement Agreement, no further collection proceedings will be instituted. However, should

MELTON fail to make the payments as outlined, this Settlement Agreement shall become null and void,

the entire balance minus any previous payments will be immediately due and owing as of the first day

of the following month (which sum MELTON acknowledges as a debt to NECA-IBEW) and NECA-

IBEW may use any means authorized by law to collect the balance due and owing, plus additional court

costs, attorney's fees, interest and liquidated damages pursuant to the Employee Retirement Income



EXHIBIT

A

Security Act (ERISA). Further, should MELTON fail to remit payments as indicated, upon notice, they shall be <u>required</u> to appear before the Federal District Court in Springfield, Illinois, to show cause why they have not complied with the Settlement Agreement and shall be subject to contempt for failure to show reasonable cause therefor.

6.    If, for any reason, MELTON is unable to make the payments as outlined above, MELTON must make a written request to the Attorneys for NECA-IBEW, Cavanagh & O'Hara, 407 East Adams, P.O. Box 5043, Springfield, Illinois, 62705 requesting that the payments be temporarily stopped or reduced. The request will then be considered by NECA-IBEW. If NECA-IBEW denies the request made by MELTON, or in the event no request is given and no payments are received, then collection proceedings shall be instituted immediately as outlined in Paragraph 5 above. MELTON, in such event, shall pay all costs of collection, plus attorney's fees.

## FUTURE CONTRIBUTIONS AND LIQUIDATED DAMAGES

7.    MELTON and NECA-IBEW agree that as a condition to entering into this Settlement Agreement, MELTON agrees to remit all future current monthly contributions, if applicable, on or before the 15th of each month in which they become due. Should MELTON fail to remit its future monthly contributions (which are not a part of this Settlement Agreement), NECA-IBEW reserves the right to declare this Settlement Agreement null and void and to institute any collection proceedings authorized by law against MELTON for the balance owed.

8.    In addition, MELTON agrees to pay liquidated damages for the November 2004 through March 2005 delinquencies on April 1, 2007, provided, however, that the Trustees of the NECA-IBEW Welfare Trust Fund and NECA-IBEW Pension Trust Fund shall consider waiving such damages if MELTON has faithfully and timely paid all monthly installments herein above set forth.

This Agreement entered into this 5th day of May , 2005, by and between the

parties first above written.

NECA-IBEW WELFARE TRUST FUND and
NECA-IBEW PENSION TRUST FUND,

By: _Patrick J. O'Hara (their attorney)_

    Patrick J. O'Hara
    Cavanagh & O'Hara
    407 East Adams Street
    Post Office Box 5043
    Springfield, IL  62705
    (217) 544-1771

F:\files\NECA-IBEW\DELIQ\Melton Electric Co\MeltonElec.2YR.SA.wpd

MELTON ELECTRIC CO.,

By: _____

    Robert J. Adams
    Melton Electric Co.
    5900 South Washington Street
    Peoria, IL 61607
    (309) 697-1422

| **Payment Due Date** | **Payment Amount** | **Balance Due** |
|---|---|---|
| **2005** | | |
| May 1 ✓ | $2,315.37   CK 81468   4/28/05 | $43,392.07 |
| June 1 | $2,315.37 | $41,076.70 |
| July 1 | $2,315.37 | $38,761.33 |
| August 1 | $2,315.37 | $36,445.96 |
| September 1 | $2,315.37 | $34,130.59 |
| October 1 | $2,315.37 | $31,815.22 |
| November 1 | $2,315.37 | $29,499.85 |
| December 1 | $2,315.37 | $27,184.48 |
| **2006** | | |
| January 1 | $2,315.37 | $24,869.11 |
| February 1 | $2,315.37 | $22,553.74 |
| March 1 | $2,315.37 | $20,238.37 |
| April 1 | $2,315.37 | $17,923.00 |
| May 1 | $2,315.37 | $15,607.63 |
| June 1 | $2,315.37 | $13,292.26 |
| July 1 | $2,315.37 | $10,976.89 |
| August 1 | $2,315.37 | $8,661.52 |
| September 1 | $2,315.37 | $6,346.15 |
| October 1 | $2,315.37 | $4,030.78 |
| November 1 | $2,315.37 | $1,715.41 |
| December 1 | $1,715.41 | $0.00 |